**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Ariel Montoya and Ofelia Montoya v. AMCAP Mortgage, Ltd

Appellate case number:   01-20-00799-CV

Trial court case number: 2019V-0152

Trial court:                    155th District Court of Austin County

      Appellants Ariel and Ofelia Montoya have filed a motion for rehearing from this Court's August 11, 2022 memorandum opinion.

      The Court requests a response. The appellee's response is **due Thursday, September 8, 2022**. The appellants' reply, if any, is **due September 15, 2022**.

      It is so **ORDERED**.

Judge's signature: _____/s/ Peter Kelly_____
         ☑ Acting individually     ☐ Acting for the Court

Date: _____August 25, 2022_____